UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| JASON ROSE, | ) | |
| | ) | |
| Plaintiff | ) | Civil No. 09-104-ART |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion & Order entered contemporaneously herewith and Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

(1) **JUDGMENT** is entered in favor of the defendant with respect to all claims asserted in this action by the plaintiff.

(2) This matter is **STRICKEN** from the Court's active docket.

(3) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This the 7th day of March, 2011.



Signed By:
*Amul R. Thapar*  AT
United States District Judge